DAYTON BAR ASSOCIATION *v.* HANAGHAN.

[Cite as *Dayton Bar Assn. v. Hanaghan* (1992), 64 Ohio St.3d 457.]

(No. 92-834—Submitted June 2, 1992—Decided September 2, 1992.)

458

*Bieser, Greer & Landis* and *Howard P. Krisher,* for relator.

*Charles W. Kettlewell*, for respondent.

*Per Curiam.* We agree with the board's findings and recommendation. Respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.